UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TOP JET ENTERPRISES, LTD.,

                                             Plaintiff,

                         -against-

SINO JET HOLDING, LTD., SKYBLUEOCEAN
LTD., and JET MIDWEST GROUP, LLC,

                                               Defendants.
------------------------------------------------------------------X

**21-MC-497 (RA) (KHP)**

**ORDER SCHEDULING CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Case Management Conference is hereby scheduled in the above-referenced matter for **August 11, 2021 at 2:00 p.m.** Counsel are directed to call the Court's conference line at the scheduled time. **Please dial (866) 434-5269, access code: 4858267**.

      SO ORDERED.

DATED:   New York, New York
               July 8, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge