UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TOP JET ENTERPRISES, LTD.,

                      Plaintiff,

        -against-

SINO JET HOLDING, LTD., SKYBLUEOCEAN
LTD., and JET MIDWEST GROUP, LLC,

                    Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 8/11/2021

21-MC-497 (RA) (KHP)

**ORDER SCHEDULING CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge**

    A telephonic case management conference is hereby scheduled to take place in the above-captioned action on September 9, 2021 at 4:30 p.m. Counsel for the parties are directed to call (866) 434-5269, access code: 4858267 at the scheduled time.

    **SO ORDERED.**

DATED:    New York, New York
                August 11, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge