```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/24/2021
```

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                  :

TOP JET ENTERPRISES, LTD.,              :

                  Judgment Creditor,   :

             v.                    :

SINO JET HOLDING LTD., SKYBLUEOCEAN   :
LTD., and JET MIDWEST GROUP, LLC,       :

                  Judgment Debtors.   :

                                    :
---------------------------------------------------------------------x

No.: 1:21-mc-00497-RA-KHP

**ORDER FOR *PRO HAC VICE*
ADMISSION**

The motion of Hugh M. Ray, III for admission to practice *Pro Hac Vice* in the above-caption matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the States of New Mexico and Texas and that his contact information is as follows:

PILLSBURY WINTHROP SHAW PITTMAN LLP
Hugh M. Ray, III
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Tel.: (713) 276-7661
Fax: (713) 960-4017
Email: hugh.ray@pillsburylaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Petitioner / Judgment-Creditor Top Jet Enterprises, Ltd. in the above-captioned proceeding;

**IT IS HEREBY ORDERED** that Applicant Hugh M. Ray, III is admitted to practice *Pro Hac Vice* in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: __09/24/2021__

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE