```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOP JET ENTERPRISES, LTD.,

                                    Plaintiff,

                -against-


SINO JET HOLDING, LTD., SKYBLUEOCEAN
LTD., and JET MIDWEST GROUP, LLC,

                                    Defendants.
-----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 2/13/2025**

**21-MC-497 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**

**By February 28, 2025**, the parties shall file a joint status letter, updating the Court on whether any discovery issues remain in this case.

**SO ORDERED.**

DATED:    New York, New York
          February 13, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge